UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
GARDNER'S PHARMACY, INC.

                             Plaintiff,

   -against-                              Case No.  1:17-cv-3988 (ADS)

THE HARTFORD FINANCIAL SERVICES GROUP,     **STIPULATION**
INC. a/k/a THE HARTFORD INSURANCE GROUP    **CONCERNING DISMISSAL**
                                                         **AND ADDITION OF PARTIES**

                             Defendant.
-----------------------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties in the above-captioned action, that Defendant The Hartford Financial Services Group, Inc., s/h/a "The Hartford Financial Services Group, Inc., a/k/a The Hartford Insurance Group," is hereby dismissed from this action with prejudice;

IT IS HEREBY FURTHER STIPULATED AND AGREED that Sentinel Insurance Company, Ltd. is hereby added as a defendant in this action;

IT IS HEREBY FURTHER STIPULATED AND AGREED that Plaintiff shall file an amended complaint naming as a defendant only Sentinel Insurance Company, Ltd., within 15 days of the date on which this Stipulation is So Ordered by the Court;

IT IS HEREBY FURTHER STIPULATED AND AGREED that the undersigned counsel for Defendant The Hartford Financial Services Group, Inc., s/h/a "The Hartford Financial Services Group, Inc., a/k/a The Hartford Insurance Group," will accept service of the amended complaint on behalf of Sentinel Insurance Company, Ltd., which shall have 21 days from the date on which said counsel is served with the amended complaint within which to answer or move with respect to the amended complaint; and

IT IS HEREBY FURTHER STIPULATED AND AGREED that the attached amended caption shall be caption used for the amended complaint and all papers and pleadings filed thereafter.

Dated: New York, New York
      August 14, 2017

| MANFREDI LAW GROUP, PLLC | MOUND COTTON WOLLAN & GREENGRASS LLP |
|---|---|
| s/John Manfredi<br>John Manfredi<br>Attorneys for Plaintiff<br>*Gardner's Pharmacy, Inc.*<br>302 East 19th Street, Suite 2A<br>New York, NY 10003<br>Tel.:   (347) 614-7006<br>John.manfredi@manfredilawgroup.com | s/Sanjit Shah<br>Lloyd A. Gura<br>Sanjit Shah<br>Attorneys for Defendant<br>*The Hartford Financial Services Group, Inc.*<br>One New York Plaza, 44th Floor<br>New York, NY 10004-1901<br>Tel.:   (212) 804-4511<br>Fax:   (212) 344-8066<br>sshah@moundcotton.com |

S O   O R D E R E D: _____
                            HON. ARTHUR D. SPATT, U.S.D.J.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
GARDNER'S PHARMACY, INC.,

                        Plaintiff,

  -against-                                     **Case No.  1:17-cv-3988 (ADS)**

SENTINEL INSURANCE COMPANY, LTD.,          **AMENDED CAPTION**

                        Defendant.
------------------------------------------------------------------------X